IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Young v. Mastrom, Inc.<br><br>Beith v. Mastrom, Inc.<br><br>Mastrom, Inc. v. Carpenter<br><br>Case below:<br>165 N.C. App. 905 | No. 500P04 | Appellant's (Young, Beith & Carpenter) PWC to Review the Decision of the COA (COA03-762) | Denied<br>10/06/04 |
| Zubaidi v. Earl L. Pickett Enters., Inc.<br><br>Case below:<br>164 N.C. App. 107 | No. 280P04 | 1. Defs' NOA Based Upon a Constitutional Question (COA03-685)<br><br>2. Defs' PDR Under N.C.G.S. § 7A-31<br><br>3. Plts' Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br>10/06/04<br><br>3. Allowed<br>10/06/04 |